**4 - 2 2 C V - 2 9 6 - O**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 1 2 2022

CLERK, U.S. DISTRICT COURT
By. _____ Deputy

# UNITED STATES COURT

RECORDING REQUESTED BY ,         ]
AND WHEN RECORDED RETURN     ]
                                                  ]       **File No.: tx-2022-000001.00**
                                                  ]
Joshua EIN#131640299               ]
NO BORDERS                             ]
GENERAL DELIVERY                   ]
251 W. LANCASTER                   ]
FORT WORTH, TX 76102           ]
                                                  ]

# AFFIDAVIT OF TRUTH
# VERIFIED STATEMENT

   **I, joshua EIN#131640299,** being the "Living Principle", Creditor/Debtor, Private Individual Stockholder, and Lawfully Authorized Representative of JOSHUA J. MUHAMMAD  US Inc., and the parent Company USA Inc., under any and all en sona, or derivatives thereof, As the Secured Party and authorized representative in possession of Collateral ( JOSHUA JAMAL MUHAMMAD), I joshua EIN#131640299 take exclusive charge of the management of the  body of JOSHUA J. MUHAMMAD Inc., this shall include any and all accounts associated with JOSHUA J. MUHAMMAD Inc., any and all property (real/personal), inherited or restored, shall be Free of taxation and levy exempt. As the Individual Stockholder and true source of this Bankrupt US Inc. and parent company USA Inc., I joshua EIN#131640299 present to the US Inc., and the parent  company USA Inc., what it is due,when sworn to by signed Affidavit made under oath and affirmation by the US Inc., and the parent company USA Inc., and established by the mouth of two or three. Under the Maxim of Law,

I, joshua EIN#131640299 declares that Bond No.: 12591569, is false on its face and therefore unbinding.

MOTHER'S MAIDEN NAME:  my mother's maiden name is not TREVA MUHAMMAD
FATHER'S NAME : MY FATHER DOES HAVE A NAME
Who is my mother?
Who is my father ?

Therefore I am not a UNITED STATES OF AMERICA Citizen, any and all Contracts, Commercial agreements, and the likes associated with the mentioned bond is and always has, and shall remain the exclusive responsibility of joshua EIN#131640299, the Authorized Representative independent  of the US Inc., and the parent Company USA Inc.,

 I, joshua EIN#131640299 have incurred the following kinds of damages under the color of law instituted by this US Inc., and the parent company USA Inc.,by and/or through the acts or omission of the GOVERNMENT, government agents/officials in their individual and official capacity by use of office or assignment, under the color of Law

1) Unauthorized use of real and private property assigned to joshua EIN#131640299, common-law trust copyrighted property, TORT, seizure of private property, without permission and without providing valuable consideration
2) Willful and intentional TORT and malice,
3) FRAUD

Perpetuated against the dignity of my person

I joshua EIN#131640299, being of the Father who is in heaven, having come from the Father, therefore derives any and all authority over the creation described as JOSHUA JAMAL MUHAMMAD US Inc., born on the 26th day of the Month of May in the Year of 1977, in the BOROUGH OF MANHATTAN, IN THE STATE OF NEW YORK, IN THE CITY OF NEW YORK, IN THE COUNTRY OF AMERICA, On the 6th Day of the 6 Month in the Year 1977, A CERTIFICATION OF BIRTH WAS FILED IN THE OFFICE OF VITAL RECORDS, DEPARTMENT of Health and Mental Hygiene, in the CITY of NEW YORK bearing the CERTIFICATE NO.:

156-77-1122510, which expresses MOTHER'S MAIDEN NAME: TREVA MUHAMMAD,
FATHER'S NAME:
City Registrar: Steven P. Schwartz, Ph.D
All under seal and stamp

ALSO see records: FBI/22119VA5, ID/AL03051775, ID/PA46266692, ID/MA10566738, ID/NJ277766C, ID/NY7502422N

COMPENSATION DUE :
LEVITICUS 27
The only minted coin authorized by the constitution speaks of Gold and Silver, yet there is no amount of currency in circulation capable of restoring joshua EIN#131640299, as such joshua EIN#131640299 shall have immediate access to all assets related to JOSHUA J MUHAMMAD US Inc., and the parent company USA Inc.,

Re: NOTICE BY SELF- SERVING DECLARATION/ SECURITY AGREEMENT Entered in THE DISTRICT COURT OF BALDWIN COUNTY, ALABAMA (Case No.: DC-2019-006083.00), NEW YORK STATE FINANCIAL DEPARTMENT (Nysid # 07502422N), COMMONWEALTH OF MASSACHUSETTS (case No.: 1827CR001646), DATED: OCTOBER 15th. 2019, THE ALABAMA SUPREME COURT, THE STATE OF TEXAS, AND THE STATE OF VERMONT,  US Inc., and the Parent Company USA Inc.,

In accordance with notice and terms contained within that certain private, consensual  agreement entered into by DEBTOR: JOSHUA J. MUHAMMAD  US INC., the parent company USA Inc., and CREDITOR: joshua EIN#131640299

Creditor/Agent, joshua EIN#131640299, is hereby authorized by law to act for and in control of the CORPORATE FICTION, JOSHUA J. MUHAMMAD US Inc., and the parent Company USA Inc.,

EIN#131640299

DATED:

12ᵗʰ day OF April, 2022

EIN#131640299

Joshua EIN#131640299
ucc.1-308    Auth. Rep

GENERAL DELIVERY
251 W. LANCASTER
FORT WORTH, TEXAS 76102