IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA EIN 131640299, § <br> aka Joshua Jamal Muhammad, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> *et al.*, § <br> § <br> Defendants. § | | Civil Action No. 4:22-cv-00296-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED on this **14th day** of **June, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE